UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 16 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

KARINA PAEZ-SMITH,

    Petitioner,

v.

WILLIAM P. BARR, Attorney General,

    Respondent.

No. 18-71679

Agency No. A098-950-454

ORDER

CAED Case No.
2:19-cv-1864 KJM DB



FILED

Sep 16, 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Before: WARDLAW, NGUYEN, and HURWITZ, Circuit Judges.

We find that a genuine issue of material fact exists as to petitioner's claim of United States citizenship. Thus, we grant the motion to transfer the proceedings to the United States District Court for the Eastern District of California for a de novo review of petitioner's citizenship claim (Docket Entry No. 23). *See* 8 U.S.C. § 1252(b)(5)(B); *Agosto v. INS*, 436 U.S. 748, 761 (1978); *Chau v. INS*, 247 F.3d 1026, 1032 (9th Cir. 2001).

We hold this petition for review in abeyance pending the district court's determination.

AT/MOATT